IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND AND HOWARD McDOUGALL, trustee,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALLIED BUILDING PRODUCTS CORP., a New Jersey corporation,<br><br>    Defendant. | Case No. 08 C 1769<br>Honorable Virginia M. Kendall<br>District Judge |

**PLAINTIFFS' MOTION TO STRIKE DISCOVERY SCHEDULE SET BY MINUTE ORDER DATED APRIL 4, 2008**

Now comes Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund, and Howard McDougall, Trustee, (hereinafter collectively "Funds") and move this Court for entry of an order striking the discovery and pretrial schedule set by Minute Order dated April 4, 2008. In support thereof, Plaintiffs state:

1.  On March 27, 2008, Plaintiffs filed a suit to compel and audit of Defendant's payroll records by Defendant pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, et seq.

2.  On April 4, 2008, the Court entered a Minute Order which set the close of discovery for June 26, 2008 along with other discovery deadlines.

3.  The Defendant was served on April 2, 2008 and to date, Defendant has not filed an Answer or other responsive pleading.

4. Thereafter, counsel for Defendant contacted counsel for the Funds and Defendant agreed to permit an audit of Defendant's books and records to determine whether there are any additional employer contributions due to the Funds.

5. The Funds completed the audit fieldwork (which consisted of reviewing Defendant's records) at Defendant's premises the week of May 9, 2008. The Funds anticipates completion of its audit by early June 2008. Based upon prior experience, in the event there are audit findings, a review of the audit findings by an employer generally takes another month. Thus, it is unlikely that the parties will be able to complete discovery by June 26, 2008 and comply with the other deadlines set the by April 4, 2008 Minute Order.

6. Further, in the event there are audit findings, the Funds will likely need to file any amended complaint.

7. The parties have been diligent in the prosecution of this action and Defendant has cooperated in permitting the audit at the earliest date convenient for both parties.

8. Plaintiffs respectfully request that these dates be stricken and that this matter be set for further status in June 2008 after the audit is complete.

**WHEREFORE,** Plaintiffs respectfully request that the Court enter an order that the discovery and pretrial deadlines set by Minute Order dated April 4, 2008 be stricken and for such relief as the Court may deem proper and just.

          Respectfully submitted,

/s/Anthony E. Napoli
Anthony E. Napoli
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Pension Fund
9377 W. Higgins Road, 10th Floor
Rosemont, Illinois  60018-4938
(847) 518-9800, Ext. 3702
ARDC # 06210910
tnapoli@centralstatesfunds.org