IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND AND HOWARD McDOUGALL, trustee,<br><br>          Plaintiffs,<br><br>   v.<br><br>ALLIED BUILDING PRODUCTS CORP., a New Jersey corporation,<br><br>          Defendant. | Case No. 08 C 1769<br>Honorable Virginia M. Kendall<br>District Judge |

## NOTICE OF MOTION

TO:  Keith McMurdy
       Fox Rothschild LLP
       100 Park Avenue, Suite 1500
       New York, NY 10017

    PLEASE TAKE NOTICE that on May 20, 2008, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs' attorney will appear before the Honorable Virginia M. Kendall, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 2568, Chicago, Illinois, or such other Judge as may be sitting in her stead, and present the attached Plaintiffs' Motion to

Strike Discovery Schedule Set by Minute Order Dated April 4, 2008.

                                            Respectfully submitted,

                                            /s/ Anthony E. Napoli
                                            Anthony E. Napoli
                                            Attorney for Plaintiffs
                                            Central States, Southeast and
                                            Southwest Areas Pension Fund
                                            9377 W. Higgins Road, 10th Floor
                                            Rosemont, Illinois 60018-4938
                                            (847) 518-9800, Ext. 3702
                                            ARDC # 06210910
                                            tnapoli@centralstatesfunds.org

## CERTIFICATE OF SERVICE

I, Anthony E. Napoli, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund, and Howard McDougall, certify that on the 14th day of May, 2008, I caused the foregoing Plaintiffs' Notice of Motion and Motion to Strike Discovery Schedule Set by Minute Order Dated April 4, 2008 to be filed electronically.  I served the foregoing by facsimile and mailing said Notice of Motion and Motion to:

Keith McMurdy
Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, NY 10017
Fax: (212) 692-0940

/s/  Anthony  E.  Napoli
Anthony E. Napoli
One of Central States' Attorneys