# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Central States Southeast And Southwest Areas Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:08−cv−01769

Honorable Virginia M. Kendall

Allied Building Products Corp.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

MINUTE entry before the Honorable Virginia M. Kendall: On the Court's own motion, the 5/20/08 presentment date for Plaintiff's Motion to Strike [10] is stricken and reset for 5/21/2008 at 09:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.