UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

| | |
|---|---|
| Central States Southeast And Southwest Areas Pension Fund, et al.<br><br>Plaintiff,<br><br>v.<br><br><br>Allied Building Products Corp.<br><br>Defendant. | Case No.: 1:08−cv−01769<br><br>Honorable Virginia M. Kendall |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 19, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff's Motion to Strike the Discovery Schedule [10] is granted. The 5/21/08 presentment date for said motion is stricken; no appearance is required. The 5/28/08 Initial Status hearing is stricken and reset for 6/30/2008 at 09:00 AM. Status Report due by 6/25/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.