IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND AND HOWARD McDOUGALL, trustee,<br><br>        Plaintiffs,<br><br>   v.<br><br>ALLIED BUILDING PRODUCTS CORP., a New Jersey corporation,<br><br>        Defendant. | Case No.  08 C 1849<br>Honorable John W. Darrah<br>District Judge |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund, and Howard McDougall, trustee, hereby give notice of their voluntary dismissal of the above captioned matter.  Plaintiffs further state that the dismissal shall be without prejudice.

        Respectfully submitted,

        /s/ Anthony E. Napoli
        Anthony E. Napoli
        Attorney for Plaintiffs
        Central States, Southeast and
        Southwest Areas Pension and Health
        and Welfare Funds
        9377 W. Higgins Road, 10th Floor
        Rosemont, Illinois  60018-4938
        (847) 518-9800, Ext. 3702
        ARDC # 06210910
        tnapoli@centralstatesfunds.org