IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND AND HOWARD McDOUGALL, trustee,<br><br>         Plaintiffs,<br><br>v.<br><br>ALLIED BUILDING PRODUCTS CORP., a New Jersey corporation,<br><br>         Defendant. | Case No. 08 C 1769<br><br>Honorable Virginia M. Kendall<br>District Judge |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund, and Howard McDougall, trustee, hereby give notice of their voluntary dismissal of the above captioned matter. Plaintiffs further state that the dismissal shall be without prejudice.

         Respectfully submitted,

         /s/ Anthony E. Napoli
         Anthony E. Napoli
         Attorney for Plaintiffs
         Central States, Southeast and
         Southwest Areas Pension and Health
         and Welfare Funds
         9377 W. Higgins Road, 10th Floor
         Rosemont, Illinois  60018-4938
         (847) 518-9800, Ext. 3702
         ARDC # 06210910
         tnapoli@centralstatesfunds.org

## **CERTIFICATE OF SERVICE**

I, Anthony E. Napoli, one of the attorneys for Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund, and Howard McDougall, trustee, certify that on the 23rd day of June, 2008, I caused the foregoing Plaintiffs' Notice of Voluntary Dismissal Without Prejudice to be filed electronically. I served the foregoing by facsimile and mailing Notice to:

Keith McMurdy
Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, NY 10017
Fax: (212) 692-0940

/s/  Anthony  E.  Napoli
Anthony E. Napoli
One of Central States' Attorneys